United States District Court
Southern District of Texas

**ENTERED**

February 06, 2017

David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| BRIAN  GORDON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-42 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | |
| BRANCH; dba ANIMAL RESOURCE | § | |
| CENTER, *et al*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Court's Order entered in this case (Dkt. 56) granting Defendant's motion to dismiss (Dkt. 37) , **JUDGMENT IS ENTERED** for **DEFENDANTS**.

All pending motions are **DENIED as moot**.

The Clerk will provide copies of this judgment to the parties.

SIGNED at Galveston, Texas, this 6th day of February, 2017.

*George C. Hanks Jr*

George C. Hanks Jr.
United States District Judge