UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRIAN GORDON, | § | |
| Plaintiff, | § | CIVIL ACTION NO. 3:16-cv-00042 |
| | § | |
| vs. | § | |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL | § | February 28, 2017 |
| BRANCH d/b/a Animal Resource Center | | |
| and Toni D'AGOSTINO | § | |
| Defendant | § | |

# NOTICE OF APPEAL

TO THE HONORABLE DISTRICT COURT JUDGE:

Notice is hereby given that the Plaintiff, Brian Gordon, appeals to the Court of Appeals the Court's order of February 2, 2017, granting the Defendants' motion to dismiss, the Court's order of February 3, 2017 denying the Plaintiff's request to file a second amended complaint, and the Court's order of final judgement of February 6, 2017.

RESPECTFULLY SUBMITTED, this 28th day of February, 2017.

/s/ Daphne Pattison Silverman
Daphne Pattison Silverman
TX State Bar No. 06739550
501 North IH-35
Austin, TX 78702
Office (512) 485-3003
Fax (512) 597-1658
daphnesilverman@gmail.com

## **CERTIFICATE OF SERVICE**

On the above date a copy of the foregoing was delivered to all parties of record via electronic filing.

/s/DAPHNE PATTISON SILVERMAN
Daphne Pattison Silverman